# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

132039

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 132039
                              COA: 270789

AARON MICHAEL BREVICK,
          Defendant-Appellant.

                              Macomb CC: 04-003459-FH

_____/

      On order of the Court, the application for leave to appeal the July 19, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007

_____
Clerk

s0425